**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISHANDA R.A. DEJANETTE,

      Plaintiff,

v.                                                                    Case No.: 3:26-cv-496-WWB-PDB

JSO,

      Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on United States Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 6), in which she recommends that this case be dismissed for failure to comply with the Court's April 6, 2026 Order directing her to file an Amended Complaint. (*See generally* Doc. 5).

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is directed to terminate any pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on May 29, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party

2